CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

PETER S. DOODY (SBN: 127653)
doody@higgslaw.com
JOSEPH J. KAGAN (SBN: 306534)
kaganj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Attorneys for Defendants
Stevenson Investments LLC and O'Reilly Auto Enterprises, LLC erroneously sued as "O'Reilly Automotive Stores, Inc."

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>v.<br><br>STEVENSON INVESTMENTS LLC, a California Limited Liability Company; O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 8:18-CV-00921-JLS-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: July 29, 2019 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Chris Carson |
| 4 | | Chris Carson |
| 5 | | Attorneys for Plaintiff |
| 6 | Dated: July 29, 2019 | HIGGS FLETCHER & MACK LLP |
| 7 | | |
| 8 | | By: /s/ Joseph J. Kagan |
| | | Peter S. Doody |
| 9 | | Joseph J. Kagan |
| | | Attorneys for Defendants |
| 10 | | Stevenson Investments LLC and O'Reilly Auto Enterprises, LLC erroneously sued as "O'Reilly Automotive Stores, Inc." |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Joseph J. Kagan, counsel for Stevenson Investments LLC and O'Reilly Automotive Stores, Inc, and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 29, 2019               CENTER FOR DISABILITY ACCESS

                                   By: /s/Chris Carson
                                       Chris Carson
                                       Attorneys for Plaintiff